AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-247 |
| Ruben Reyna | ) Assigned To: Magistrate Judge Zia Faruqui |
| | ) Date: 9/7/2023 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ruben Reyna,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with Intent to Impede or Disrupt the Orderly Conduct of Government Business;
40 U.S.C. § 5104(e)(2)(D) - Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in Any of the Capitol Buildings.

Date:  08/28/2023

Zia M. Faruqui
2023.09.07 14:33:27
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Sept. 8, 2023, and the person was arrested on *(date)* Sept. 10, 2023
at *(city and state)* Romulus, MI

Date:  Sept. 10, 2023

*Arresting officer's signature*

Brett Mason, Special Agent
*Printed name and title*