UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CASE NO.: 23-00247

RUBEN REYNA,

        Defendant.
_____/

## APPEARANCE

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

                      Respectfully submitted,

                      **FEDERAL COMMUNITY DEFENDER**

                      s/James R. Gerometta
                      Assistant Federal Defender
                      613 Abbott Street, Suite 500
                      Detroit, MI 48226
                      Phone: 313-967-5839
                      E-mail: james_gerometta@fd.org
                      P60260

Dated:  September 27, 2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CASE NO.: 23-00247

RUBEN REYNA,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    I, hereby certify that on September 27, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                        **FEDERAL COMMUNITY DEFENDER**

                                        s/James R. Gerometta
                                        Assistant Federal Defender
                                        613 Abbott Street, Suite 500
                                        Detroit, MI 48226
                                        Phone: 313-967-5839
                                        E-mail: james_gerometta@fd.org
                                        P60260

Dated: September27, 2023